UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JANICE ARNDT,

                      Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
----------------------------------------------------------X

**ORDER**

19 Civ. 3174 (NSR)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

     On November 14, 2019, defendant filed a motion for judgment on the pleadings.

     Plaintiff's opposition to the motion, if any, was due 60 days thereafter.  To date, no opposition to the motion has been filed.

     In recognition of the fact that plaintiff is proceeding *pro se*, plaintiff is granted an additional 30 days, until **May 25, 2020**, to file any opposition she chooses to submit.

     If plaintiff does not oppose defendant's motion, this Court will decide the motion based solely on defendant's submission.

Dated:  April 23, 2020            **SO ORDERED.**
       White Plains, New York

                                                   PAUL E. DAVISON, U.S.M.J.

Chambers mailed a copy of this Order to.
Janice Arndt
c/o Brian Connors
201 Croton Lake Road
Katonah, NY 10536