UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANICE ARNDT,

                Plaintiff,                                 19 **CIVIL** 3174 (NSR)(PED)

        -against-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2020, the Court finds no clear error and adopts MJ Davison's R & R in its entirety. Defendant's motion for judgment on the pleadings is DENIED and the matter is REMANDED to the agency for further proceeding consistent with the R & R; accordingly, the case is closed.

**Dated:** New York, New York
          October 19, 2020

                                                                   **RUBY J. KRAJICK**

                                                                      Clerk of Court
                                         **BY:**
                                                                        **Deputy Clerk**